# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JACOLBY D. BEASLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:25-CV-01818 SPM |
| ) | |
| ST. LOUIS ROOFING CO., INC., ) | |
| ) | |
| Defendant. ) | |

### OPINION, MEMORANDUM AND ORDER

Before the Court is Plaintiff's Motion for Reconsideration of the dismissal of this action. [ECF No. 10]. After reviewing the grounds raised by Plaintiff, the Court will decline to alter or amend the judgment of this Court. The Court concludes that Plaintiff's Motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the Motion can be said to merely revisit old arguments. Plaintiff is therefore not entitled to reconsideration of the dismissal of his Complaint, and his Motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration of the dismissal of this action [ECF No. 10] is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this Order would not be taken in good faith.

Dated this 5th day of February, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE