## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JACOLBY D. BEASLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:25-CV-01818 SPM |
| ) | |
| ST. LOUIS ROOFING CO., INC., ) | |
| ) | |
| Defendant. ) | |

### OPINION, MEMORANDUM AND ORDER

Before the Court is Plaintiff's second motion for reconsideration of the dismissal of this action. [ECF No. 12]. After reviewing the grounds raised by Plaintiff, the Court will decline to reconsider the judgment of this Court. To the extent Plaintiff seeks leave to amend his complaint, the Court denies such a request because Plaintiff's Title VII claims are time-barred and any amendments in this action would be futile.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's second motion for reconsideration of the dismissal of this action [ECF No. 12] is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this Order would not be taken in good faith.

**IT IS FURTHER ORDERED** that the Clerk shall not accept any additional filings from Plaintiff unless they relate to an appeal. Any additional filings shall be returned to Plaintiff.

Dated this 18th day of February, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE