**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JACOLBY D. BEASLEY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:25-CV-01818 SPM |
| ST. LOUIS ROOFING CO., INC., | ) | |
| Defendant. | ) | |

**OPINION, MEMORANDUM AND ORDER**

Before the Court is self-represented Plaintiff JaColby Beasley's Motion to Proceed in Forma Pauperis on Appeal. [ECF No. 23]. The Court takes judicial notice that on March 18, 2026, Plaintiff appealed the dismissal of this matter to the Eighth Circuit Court of Appeals. *See* ECF No. 14. The Court of Appeals affirmed the dismissal on April 30, 2026, and issued its mandate on May 26, 2026. *See Beasley v. St. Louis Roofing Co.,* Inc., No. 26-1487 (8th Cir. 2026). Nevertheless, Plaintiff filed a new Notice of Appeal on August 10, 2026, as well as a Motion to Proceed in Forma Pauperis on Appeal. The Court will deny the Motion to Proceed in Forma Pauperis on Appeal for lack of good faith.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Proceed in Forma Pauperis on Appeal [ECF No. 23] is **DENIED** for lack of good faith.

**IT IS FURTHER ORDERED** that no additional filings shall be accepted in this matter.

Dated this 12th day of August, 2026.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE